IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00091-D

| | |
|---|---|
| **Loriann DeMartini**, <br><br> Plaintiff, <br><br> v. <br><br> **Coastal Federal Credit Union, et al.,** <br><br> Defendants. | **Sealing Order** |

This matter is before the court on Defendant Coastal Federal Credit Union's motion to seal. D.E. 16. It requests that the court seal the exhibits to its Answer to the Complaint and Crossclaim. D.E. 6. The motion asserts that the exhibits contain information that is subject to redaction such as financial account numbers. Plaintiff does not oppose the motion.

For good cause show, the court grants the motion to seal (D.E. 16). The Clerk of Court shall seal the exhibits to Coastal's Answer and Crossclaim (D.E. 6-1, 6-2, 6-3, 6-4, 6-5). Within 10 days of the date of this Order, Coastal shall refile its answer with redactions of the information at issue.

Dated: April 14, 2023.

*Robert T. Numbers II*
_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE